IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY SCHUFREIDER,<br>Plaintiff,<br><br>v.<br><br>COLONIAL LIFE AND ACCIDENT INSURANCE COMPANY,<br>UNUM INSURANCE COMPANY OF AMERICA and<br>LUIS MARTINEZ,<br>Defendants. | CIVIL ACTION<br><br><br><br>NO.  24-5037 |

## O R D E R

**AND NOW**, this 17th day of December, 2025, upon consideration of Defendants Unum Insurance Company of America ("Unum") and Colonial Life and Accident Insurance Company's ("Colonial Life") (collectively "Defendants") Motion to Dismiss ("Motion") (ECF No. 17) Counts III through V of Plaintiff Anthony Schufreider's ("Plaintiff") Amended Complaint and Plaintiff's Response in Opposition (ECF No. 19), it is **HEREBY ORDERED** that Defendant's Motion is **GRANTED** and that Counts III, IV, and V are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Kelley B. Hodge
_____
HODGE, KELLEY B., J.